**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

CHRISTOPHER M. RUSSELL

Plaintiff,

vs.

WARDEN, LEBANON CORRECTIONAL INSTITUTION

Defendant.

CASE NO. 3:25cv280

DISTRICT JUDGE WALTER H. RICE

---

**ENTRY DISMISSING CAPTIONED CAUSE FOR WANT OF PROSECUTION WITHOUT PREJUDICE SHOULD MATTER BE SUSCEPTIBLE OF BEING FILED WITHIN APPLICABLE STATUE OF LIMITATIONS; TERMINATION ENTRY**

---

The captioned cause was filed August 19, 2025. On April 24, 2026, this Court filed an Order, pointing out that Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within ninety (90) days after the complaint is filed, the Court must dismiss the action without prejudice against the defendant. The Order of April 24, 2026, directed Plaintiff to make service within twenty (20) days of said date. Nothing has been filed on the docket since that date.

Accordingly, the Court dismisses the captioned cause, for lack of timely service, without prejudice to refiling, if same can be accomplished within the applicable statute of limitations.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: 7-30-26

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE